| AO-10 (WP) Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) SCALIA, Antonin | 2. Court or Organization U. S. Supreme Court | 3. Date of Report 5/23/05 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Associate Justice | 5. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial  X Annual ___ Final | 6. Reporting Period 1/1/04 – 12/31/04 |
| 7. Chambers or Office Address U.S. Supreme Court 1 First Street NE Washington, D.C. 10543 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| Honorary Member | U.S. Association of Constitutional Law 55 Fifth Avenue, New York, New York |
| Advisory Board Member | Temple University Law School Program in People's Republic of China |
| Trustee | Trust #1 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| **A. Filer's Non-Investment Income** | | |
| ☐ NONE (No reportable non-investment income.) | | |
| | see attached schedule | |

FINANCIAL DISCLOSURE OFFICE 2005 MAY 23 P 4:34 RECEIVED

**B.** Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☒ NONE (No reportable non-investment income.)

## III. NON-INVESTMENT INCOME

| | | |
|---|---|---|
| March 16, 2004 | College of William & Mary<br>compensation for teaching | $5000 |
| March 18, 2004 | Harvard Law School<br>compensation for teaching | $10000 |
| November 16, 2004 | University of Michigan Law School<br>compensation for teaching | $6500 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>SCALIA, Antonin | Date of Report<br>5/23/05 |
|---|---|---|

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | ☐ NONE (No such reportable reimbursements.) | |
| 1 | see attached schedule | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those t spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | ☐ NONE (No such reportable gifts.) | | |
| 1 | Washington Golf and Tennis Club<br>Arlington, Virginia | honorary membership | $ 4,000 |
| 2 | University Club<br>Washington, D.C. | honorary membership | $ 1,500 |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | ☐ NONE (No reportable liabilities.) | — | |
| 1 | NW Mutual Life Ins. Co. | loan on insurance | J |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
|---|---|---|---|---|
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=25,000,001-50,000,000 | | P4=50,000,001 or more |

IV 2004 – Reimbursements and Gifts

Amherst College
Hartford, Massachusetts
February 10-11, 2004
transportation, food, lodging

College of William & Mary
Williamsburg, Virginia
March 16, 2004
food, lodging

Constitutional Studies Center
University of Alberta, Edmonton, Alberta
Banff Conference July 2-4, 2004
transportation, lodging, food

Doshisha University
Kyoto, Japan
May 22-30, 2004
transportation, food, lodging

Harvard Law School
Cambridge, Massachusetts
March 18, 2004
transportation, lodging, food

Judicial Excellence Foundation
Tulane Law School
New Orleans, Louisiana
March 6-9, 2004
transportation, food

Leiden University
The Netherlands
September 5-12, 2004
transportation, food, lodging

Lex Mundi
Asia Pacific Regional Conference
Auckland, New Zealand
October 19-27, 2004
transportation, lodging, food

Marine Corps Mess Night
Camp Lejeune, North Carolina

March 12-13, 2004
transportation, food, lodging


University of Michigan Law School
Ann Arbor, Michigan
November 16-17, 2004
transportation, lodging, food

National Trial Advocacy College
University of Virginia School of Law
Charlottesville, Virginia
January 3-4, 2004
transportation, food, lodging

St. Thomas More Society
of DuPage County
Wheaton, Illinois
November 21, 2004
transportation, lodging, food

San Diego University School of Law
San Diego, California
February 13-17, 2004
transportation, food, lodging

Tulane Law School Summer Program (S)
Rhodes, Greece
July 6-24, 2004
transportation, lodging, food

U.S. Courthouse Naming Ceremony
for Senator Pete V. Domenici
August 19, 2004
transportation

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SCALIA, Antonin | 5/23/05 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| Teachers Ins. Annuity Assn College Retirement Equities New York. N.Y. | E | Int. | O | T | | | | | |
| 2 Computer Horizons Corp. Common Stock | none | | | | sell | 12/9 | J | A | |
| 3 Chevy Chase Bank FSB (Checking Account) | A | Int. | J | T | | | | | |
| 4 Herley Industries. Inc. (common stock) | | none | | | sell | 12/9 | K | D | |
| 5 ICOS Corp. (common stock) | none | | | | sell | 12/9 | J | C | |
| 6 AXA Financial | A | Div. | | | sell | 12/9 | J | A | |
| 7 Motorola | A | Div. | | | sell | 12/9 | J | D | |
| 8 AGTHX | A | Div. | K | T | | | | | |
| 9 AIVSX | A | Div. | K | T | | | | | |
| 10 ANCFX | A | Div. | K | T | | | | | |
| 11 ANWPX | A | Div. | J | T | | | | | |
| 12 AWSHX | A | Div. | J | T | | | | | |
| 13 Enterprise Mgmnt Fund | A | iv. | K | T | buy | 12/9 | K | | |
| 14 AIBAX | A | Div. | J | T | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

\* In the 2003 report Herley Industries was followed by Mass. Mut. Part Inv. (common stock). That was an error. That stock was shown as sold in the 2002 report.
\*\*This is the investment shown as MONY Securities Corp. (money market account) in 2003 report.

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SCALIA, Antonin | 05/23/05 |

## VII. Page 2 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (excluding trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Trust #1 | None | | P1 | T | | | | | |
| 2. US Treasury Notes | | | | | | | | | |
| 3. GNMA Pass Thru Pool Securities | | | | | | | | | |
| 4. Treasury Bank CD | | | | | | | | | |
| 5. First Bank PR CDs | | | | | | | | | |
| 6. Bank of New York CD | | | | | | | | | |
| 7. Fleet Bank Williston Park, N.Y. Checking & Money Mkt. | | | | | | | | | |
| 8. Chevy Chase Bank McLean, VA Checking | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1 Income Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SCALIA, Antonin | 05/23/05 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Include those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Trust #2 | D | Div | O | T | | | | | |
| 2. ML Global Alloc I Fd | | | | | Buy | 6/9 | K | | |
| 3. ML Bond Fd Core Bd Ptf Fd | | | | | Sell | 6/9 | K | | |
| 4. ML ML Large Cap Core Fd | | | | | | | | | |
| 5. ML Short Term US Fd | | | | | | | | | |
| 6. ML Fundamental Growth I Fd | | | | | | | | | |
| 7. ML Global Smallcap Cl I Fd | | | | | | | | | |
| 8. ML Global Alloc A Fd | | | | | | | | | |
| 9. ML Equity Income B Fd | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____  Date **May 23, 2005**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544